# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 6D23-3133, 6D23-3315
CONSOLIDATED
Lower Tribunal No. 22-DP-20

_____

In the Interest of A.L., N.C., D.C., G.C., and C.C., children.

B.C.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Heather L. Higbee, Judge.

November 7, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and NARDELLA, JJ., concur.


Keith Peterson, of Law Offices of Peterson, Mulberry, for Appellant.

Kelley Schaeffer, Appellant Counsel, for Children's Legal Services, Bradenton, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED